**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6673

ANDRE SWEEPER,

Plaintiff - Appellant,

v.

VERNETIA DOZIER; LIEUTENANT MATHIS; LIEUTENANT C. MURDOCK; LIEUTENANT RHODAN; SERGEANT T. TICE; SERGEANT BROWN; CORRECTIONAL OFFICER COPELAND; CORRECTIONAL OFFICER T. OWENS; CORRECTIONAL OFFICER BROWN; CORRECTIONAL OFFICER DAVIS; CORRECTIONAL OFFICER CYNTHIA E. GREEN; CORRECTIONAL OFFICER RANDALL; MS. ANGIE,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Sherri A. Lydon, District Judge.  (1:20-cv-02545-SAL)

Submitted:  August 31, 2023                    Decided:  November 6, 2023

Before KING and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Elizabeth A. Franklin-Best, Ranee Saunders, ELIZABETH FRANKLIN-BEST, P.C., Columbia, South Carolina, for Appellant.  Andrew F. Lindemann, LINDEMANN & DAVIS, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Sweeper appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of Defendants on Sweeper's 42 U.S.C. § 1983 complaint raising claims of deliberate indifference to medical needs and unconstitutional conditions of confinement. Upon review of the record, we discern no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sweeper v. Dozier*, No. 1:20-cv-02545-SAL (D.S.C. Jan. 21, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*